IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No. 14-cv-2028 |
| ZENAIDA CALDERIN,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Reassigned to Judge Kennelly as a Related Case<br><br>Case No. 14-cv-2753 |

## **STIPULATION**

The Plaintiffs in these related actions filed their respective Motions for Class Certification (Doc. 4 in Case No. 14-2028 and Doc. 9 in Case No. 14-2753) simultaneously with their complaints to protect the putative classes from any attempts to moot these actions. *See Damasco v. Clearwire*, 662 F.3d 891 (7th Cir. 2011).

All parties wish to remove Plaintiffs' Motions for Class Certification from the Court's docket, without prejudice.

Therefore, from the time that Plaintiffs withdraw their Motions for Class Certification until the time that Plaintiffs file their renewed Motions for Class Certification, Defendant agrees to not make any individual settlement offers or offers of judgment to Plaintiffs without seven (7) days

advance written notice. This seven (7) day period is intended to permit Plaintiffs to re-file their Motions for Class Certification before such offer is made, in order to avoid any claim of mootness.

Any offer or tender not permitted by this stipulation is a nullity, having no legal effect and will be treated at all times as having never occurred.

Based upon this stipulation, Plaintiffs agree to withdraw their Motions for Class Certification motion without prejudice.

Dated: June 5, 2014

/s/ with consent
Francis A. Citera (ARDC # 6185263)
Lucia Marker-Moore (ARDC # 6306511)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile

Ian C. Ballon (Appearing *Pro Hac Vice*)
Lori Chang (Appearing *Pro Hac Vice*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
(310) 586-7700 Telephone
(312) 586-7800 Facsimile

*For Defendant Yahoo! Inc.*

/s/ Timothy J. Sostrin
Keith J. Keogh
Timothy Sostrin
Michael S. Hilicki
Katherine Bowen
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092 Telephone
(312) 726-1093 Facsimile
*For Plaintiff Rachel Johnson*

/s/ with consent
Vincent L. DiTomasso
Peter S. Lubin
John Auchter
DiTomasso Lubin, P.C.
17W 220 22nd Street, Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0000 Telephone

Alexander I. Arezina
728 West Grand Avenue
Chicago, Illinois 60610
(312) 437-1982
*For Plaintiff Zenaida Calderin*

2