UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Rachel Johnson
                Plaintiff,

v.                                     Case No.: 1:14–cv–02028
                                              Honorable Manish S. Shah

Yahoo! Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2014:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated on the record, Defendant's Motion to Stay Discovery [39] is denied. The parties' oral motion for consolidation of the cases (14 C 2028 and 14 C 2753) is granted. The Clerk of Court is ordered to consolidate these cases for all purposes. Counsel for the parties shall confer and then prepare and file a joint Reassignment Status Report, not to exceed five pages, within 14 days. A template for the Reassignment Status Report, setting forth the information required, may be found at http://www.ilnd.uscourts.gov/home/JudgeInfo.aspx by clicking on Judge Shah's name and then again on the link entitled 'Cases Reassigned to Judge Shah.&#039; In addition to the required materials for the report, the parties shall propose a discovery schedule and a new briefing schedule on defendant's motion for summary judgment. A status hearing date shall be set after the court has reviewed the parties' reassignment status report. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.