**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 14-cv-2028 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| YAHOO! INC., | ) ) | |
| Defendant. | ) | |
| ZENAIDA CALDERIN, | ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-2753 |
| v. | ) ) ) | |
| YAHOO! INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO EXCLUDE MONICA S. DESAI'S EXPERT REPORT**

Plaintiffs, Rachel Johnson and Zenaida Calderin, by their undersigned counsel, move this Court to exclude the Affirmative Expert Report of Monica S. Desai, Doc. #23-4, pursuant to Federal Rules of Evidence 403 and 702. In support of this Motion, Plaintiffs have contemporaneously filed a Memorandum of Law.

On September 26, 2014, counsel for Yahoo noted their objection to this motion during a telephone call with Plaintiffs' counsel.

WHEREFORE, Plaintiffs respectfully request this Court to exclude the Affirmative Expert Report of Monica S. Desai.

    Respectfully Submitted,

    s/ Timothy J. Sostrin
    Keith J. Keogh

Timothy Sostrin
Michael S. Hilicki
Katherine Bowen
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390
Chicago, Illinois  60603
(312) 726-1092  Telephone
(312) 726-1093  Facsimile
*For Plaintiff Rachel Johnson*

Vincent L. DiTommaso
Peter S. Lubin
John Auchter
DiTommaso Lubin, P.C.
17W 220 22nd Street, Suite 410
Oakbrook Terrace, Illinois  60181
(630) 333-0000 Telephone
(630) 333-0333 Facsimile
*For Plaintiff Zenaida Calderin*