## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) | |
| | ) | No. 14-cv-2028 |
| Plaintiff, | ) ) | |
| | ) | Honorable Manish S. Shah |
| v. | ) ) | |
| YAHOO! INC., | ) ) | |
| Defendant. | ) | |
| ZENAIDA CALDERIN, | ) ) | |
| Plaintiff, | ) ) | No. 14-cv-2753 |
| v. | ) ) | Honorable Manish S. Shah |
| YAHOO! INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO TRANSFER TO**
**THE SOUTHERN DISTRICT OF CALIFORNIA**

Plaintiffs, Rachel Johnson and Zenaida Calderin, by their undersigned counsel, move this Court to transfer these consolidated actions to the Southern District of California pursuant to 28 U.S.C. § 1404(a). In support of this Motion, Plaintiffs have contemporaneously filed a Memorandum of Law.

On October 8, 2014, counsel for Yahoo noted their objection to this Motion during a telephone call with Plaintiffs' counsel. The parties request that this Court enter a briefing schedule as follows: Yahoo's Response due October 31, 2014, Plaintiffs' reply due November 14, 2014.

WHEREFORE, Plaintiffs respectfully request this Court to transfer these consolidated actions to the Southern District of California.

| **ZENAIDA CALDERIN** | **RACHEL JOHNSON** |
|---|---|
| /s/ John Auchter | s/ Timothy J. Sostrin |
| Vincent L. DiTommaso | Keith J. Keogh |
| Peter S. Lubin | Timothy Sostrin |
| John Auchter | Michael S. Hilicki |
| DiTommaso Lubin, P.C. | Katherine Bowen |
| 17W 220 22nd Street, Suite 410 | Keogh Law, Ltd. |
| Oakbrook Terrace, Illinois 60181 | 55 West Monroe Street, Suite 3390 |
| (630) 333-0000 Telephone | Chicago, Illinois 60603 |
| (630) 333-0333 Facsimile | (312) 726-1092 Telephone |
| *For Plaintiff Zenaida Calderin* | (312) 726-1093 Facsimile |
| | *For Plaintiff Rachel Johnson* |