**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Rachel Johnson

                Plaintiff,

v.                                     Case No.: 1:14–cv–02028
                                     Honorable Manish S. Shah

Yahoo! Inc.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 3, 2014:

      MINUTE entry before the Honorable Manish S. Shah: The parties submitted a proposed discovery schedule to chambers as directed. The court adopts the parties' submission. Plaintiff's additional expert disclosures are due 02/27/15; deposition of plaintiff's additional expert shall be conducted by 03/20/15; defendant's additional expert disclosures are due 04/03/15, and deposition of defendant's additional expert shall be conducted by 04/24/15. All remaining fact and expert discovery shall be noticed in time for completion by 04/30/15. The court will set the briefing schedule on the plaintiff's amended class certification motion at the next status hearing. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.