# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Rachel Johnson

                Plaintiff,

v.                                          Case No.: 1:14–cv–02028

                                        Honorable Manish S. Shah

Yahoo! Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 4, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Motion hearing held. For the reasons stated in open court, Plaintiff's Motion to Compel Sprint's Identification of California Subscribers [182] is granted. Plaintiff is directed to submit a proposed order to proposed_order_shah@ilnd.uscourts.gov. The parties are directed to meet and confer on the class notice. Defendant reports an offer of judgment has been made to plaintiff Calderin. Continued status hearing is set for 3/8/16 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.