IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, and ZENAIDA CALDERIN | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case Nos.     14-cv-2028 <br> 14-cv-2753 |
| v. | ) ) | Judge Manish S. Shah |
| YAHOO! INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiffs' Motion to Compel Sprint's Identification of California Subscribers [182] is **GRANTED**.

The Court **ORDERS** Sprint to comply with Plaintiffs' subpoena within twenty-one (21) days of this Order by supplementing its production of records to Plaintiffs' counsel with responsive documents and/or electronically stored information for target numbers serviced in the state of California.

Entered: February 8, 2016

_____
Manish S. Shah
United States District Judge