IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| YAHOO! INC., | |
| Defendant. | |

Case No. 14-cv-2028

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**AMENDED MOTION TO APPROVE CLASS NOTICE**

Plaintiff Rachel Johnson respectfully requests a seven (7) day extension of time to file her Amended Motion to Approve Class Notice, up to and including October 12, 2016, and adjust the briefing schedule on the motion such that Yahoo's response is due by November 2, 2016, and Plaintiff's reply is due by November, 16, 2016. Yahoo does not oppose the requested relief.

Plaintiff files this motion because her counsel's primary contact at Kurtzman Carson Consultants (KCC), the proposed class administrator, has been in Italy this week, which has delayed communications. Plaintiff has been working with KCC to develop the best practicable notice plan, but needs a small extension of time to file her Amended Motion in light of this scheduling issue.

The parties have met and conferred regarding this request and Yahoo does not oppose the relief requested herein.

This motion is not made for purposes of delay and will not interfere with any pending dates, as the next status is set for December 1, 2016 and there is currently no trial date set.

WHEREFORE, Plaintiff respectfully requests that the Court extend time for Plaintiff to

1

file an Amended Motion to Approve Class Notice by seven (7) days up to and including October 12, 2016, and adjust the briefing schedule on the motion such that Yahoo's response is due by November 2, 2016, and Plaintiff's reply is due by November, 16, 2016.

Respectfully Submitted,

s/ Timothy J. Sostrin
Keith J. Keogh
Timothy Sostrin
Michael S. Hilicki
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390
Chicago, Illinois  60603
(312) 726-1092  Telephone
(312) 726-1093  Facsimile
*For Plaintiff Rachel Johnson*