**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>   Defendant. | Case No. 14-cv-2028 |

## PLAINTIFFS' MOTION TO FILE AMENDED MOTION TO APPROVE CLASS NOTICE UNDER SEAL

Plaintiff Rachel Johnson, individually and on behalf of all others similarly situated, respectfully request this Court to allow her to file her Amended Motion to Approve Class Notice under seal. In support of this motion, Plaintiffs state:

1. On September 27, 2016, the Court entered an Order allowing Plaintiff to file an Amended Motion to Approve Class Notice. Dkt. 248.

2. Plaintiff intends to file an Amended Motion to Approve Class Notice, which will cite from and attach documents that Yahoo designated as Confidential pursuant to the protective order entered in this case.

3. In particular, these documents identify the contact information and other account information for certain Sprint customers in the class list.

4. A redacted copy of Plaintiff's proposed Amended Motion to Approve Class Notice is attached hereto as Exhibit 1.

5. This motion is not being filed for purposes of delay and will not prejudice the parties or the Court.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order allowing Plaintiff to file her Amended Motion to Approve Class Notice under seal.

Respectfully submitted,

By: /s/ Timothy J. Sostrin

Keith J. Keogh
Timothy Sostrin
Keogh Law, Ltd.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.726.1092 (office)
312.726.1093 (fax)
TSostrin@KeoghLaw.com

*Attorneys for Plaintiff Rachel Johnson*