# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rachel Johnson

                         Plaintiff,

v.                                                        Case No.: 1:14–cv–02028
                                                             Honorable Manish S. Shah

Yahoo! Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff's motion for leave to file under seal and for excess pages [300] is granted. The briefing schedule on the plaintiff's motion for reconsideration [302] [303] is as follows: defendant's response is due 3/21/18; plaintiff's reply 4/11/18. No appearance on 3/17/18 is necessary. Continued status hearing is set for 6/14/18 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.