**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RACHEL JOHNSON, | ) | |
| | ) | Case No. 14-cv-2028 |
| Plaintiff, | ) | |
| | ) | U.S. District Judge Manish S. Shah |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| YAHOO! INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT YAHOO! INC.'S MOTION FOR RECONSIDERATION OF
MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's June 14, 2018 order (Dkt. 316), Defendant Yahoo! Inc. ("Yahoo") respectfully moves the Court to reconsider its ruling denying Yahoo's Motion for Summary Judgment (Dkt. 89) and to enter judgment in favor of Yahoo. The reasons in support of this Motion for Reconsideration are set forth in the accompanying Memorandum of Law.

**WHEREFORE**, Defendant Yahoo! Inc. respectfully requests that the Court reconsider its summary judgment ruling and enter judgment in favor of Defendant Yahoo! Inc.

Dated: July 12, 2018          **YAHOO! INC.**

                              By: /s/ David A. Wheeler
                                  One of its attorneys

                              Robert A. Chapman (ARDC #6191210)
                              David A. Wheeler (ARDC #6270817)
                              Chapman Spingola LLP
                              190 South LaSalle Street, Suite 3850
                              Chicago, IL  60603
                              Tel: 312.630.9202
                              Fax: 312.630.9233
                              RChapman@chapmanspingola.com
                              DWheeler@chapmanspingola.com

Scott A. Edelman (Appearing *Pro Hac Vice*)
Christopher Chorba (Appearing *Pro Hac Vice*)
Timothy W. Loose (Appearing *Pro Hac Vice*)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel: 213.229.7000
Fax: 213.229.7520
SEdelman@gibsondunn.com
CChorba@gibsondunn.com
TLoose@gibsondunn.com