**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 14-cv-2028 |
| v. ) ) | |
| YAHOO! INC., ) ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**
**IN RESPONSE TO YAHOO'S MOTION FOR RECONSIDERATION**

Plaintiff Rachel Johnson respectfully requests leave to file a response to Yahoo's Motion for Reconsideration (Doc. 318) in excess of 15 pages, not to exceed 20 pages. In support of this motion, Plaintiff states:

1. Plaintiff intends to file a response in opposition Yahoo's Motion for Reconsideration of Motion for Summary Judgment (Doc. 318).

2. Given that Yahoo's argument has divided courts across the country, Plaintiff believes that additional pages beyond the fifteen set by local rule are necessary to sufficiently address the issue.

3. Plaintiff requests leave to file a response up to twenty pages in length.

4. On August 1, 2018, Counsel for Yahoo confirmed via email that Yahoo had no opposition to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order allowing Plaintiff to file excess pages in her response up to twenty pages.

Respectfully submitted,

By: /s/ Timothy J. Sostrin

Keith J. Keogh
Timothy Sostrin
Keogh Law, Ltd.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.726.1092 (office)
312.726.1093 (fax)
TSostrin@KeoghLaw.com

*Attorneys for Plaintiff Rachel Johnson*