IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) | Case No. 14-cv-2028 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Honorable Manish S. Shah |
| YAHOO! INC., | ) ) | |
| Defendant. | ) | |

## **MOTION TO WITHDRAW APPEARANCE OF ANDREW C. MURPHY**

Plaintiff hereby moves to withdraw the appearance of Andrew C. Murphy as counsel for Plaintiff pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois. In support of this Motion, Plaintiff states:

1. Andrew Murphy no longer works for the law firm of DiTommaso Lubin Austermuehle, P.C., which is one of the law firms representing the Plaintiff in this matter.

2. Primary responsibility in this case has never been with Mr. Murphy. Peter S. Lubin will continue to maintain primary responsibility. Vincent L. DiTommaso and Patrick D. Austermuehle will also remain as counsel for Plaintiff. WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting withdrawal of the appearance of Andrew C. Murphy as counsel for Plaintiff in this matter.

Respectfully Submitted,

/s/ Peter S. Lubin
One of their Attorneys

Peter S. Lubin
DITOMMASO LUBIN AUSTERMUEHLE, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0000
psl@ditommasolaw.com

## CERTIFICATE OF SERVICE

I, Peter S. Lubin, the undersigned attorney, hereby certify that on the 21st day of September, 2018, I caused to be served a true and correct copy of the within and foregoing Motion to Withdraw Appearance of Andrew Murphy, via the Court's CM/ECF system, on all counsel of record.

/s/ Peter S. Lubin