**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) | |
| | ) | Case No.    14-cv-2028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YAHOO! INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**NOTICE OF MOTION**

TO:    ECF Service List

PLEASE TAKE NOTICE that on October 23, 2018, at 9.45 am., we shall appear before the Honorable Judge Manish Shah United States District Court, Courtroom 1719, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **MOTION TO SHIFT COSTS OF CLASS NOTICE**, a copy of which was filed today with the ECF system for the Northern District of Illinois.

Respectfully submitted,
s/ Timothy J. Sostrin

Keith J. Keogh
Michael Hilicki
Timothy Sostrin
KEOGH LAW, LTD.
55 W. Monroe St., Suite 3390
Chicago, Il. 60603
312.726.1092/312.726.1093 (fax)
TSostrin@keoghlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2018, I electronically filed the foregoing notice and served the Notice and Motion to all parties of record through the Court's CM/ECF System.

s/ Timothy J. Sostrin
