# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Rachel Johnson

                        Plaintiff,

v.                                                     Case No.: 1:14–cv–02028
                                                                   Honorable Manish S. Shah

Yahoo! Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 10, 2018:

      MINUTE entry before the Honorable Manish S. Shah: The motion to approve notice [335] is granted. The notice and administrator as proposed by the parties in their joint statement [349] are approved. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.