# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RACHEL JOHNSON, on behalf of herself and all others similarly situated, | Case No. 14-cv-2028 |
| Plaintiff, | U.S. District Judge Manish S. Shah |
| v. | Magistrate Judge Jeffrey Cole |
| YAHOO!, INC., | |
| Defendant. | |

## NOTICE OF APPEAL

Rachel Johnson, the plaintiff and former class representative in this class action, hereby appeals on behalf of herself and all others similarly situated to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on the 29th day of November 2018; from the order entered on the 29th day of November 2018 granting Defendant's motion for reconsideration; from the order entered on February 13, 2018 granting Defendant's motion to decertify the class; from the order entered on January 4, 2016 granting in part and denying in part Plaintiff's motion for class certification; and from any other orders relating to the entry of judgment. Rachel Johnson is qualified to bring the appeal as the representative of the formerly certified class.

Dated: December 28, 2018

Respectfully submitted,

By: /s/ Timothy J. Sostrin
Timothy J. Sostrin
Keith J. Keogh
Keogh Law, Ltd.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.726.1092 (office)

1

312.726.1093 (fax)
TSostrin@KeoghLaw.com

Attorneys for Plaintiff Rachel Johnson