# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 1, 2019

*By the Court:*

| No. 19-1001 | RACHEL JOHNSON, on behalf of herself and all others similarly situated, Plaintiff - Appellant<br><br>v.<br><br>YAHOO! INC., now known as OATH HOLDINGS INC., Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-02028<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

Upon consideration of the **UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL WITH PREJUDICE**, filed on March 29, 2019, by counsel for Appellant,

**IT IS ORDERED** that this case is **DISMISSED,** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)