# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RACHEL JOHNSON, ) | Case No. 14-cv-2028 |
| Plaintiff, ) | |
| ) | U.S. District Judge Manish S. Shah |
| v. ) | |
| ) | Magistrate Judge Jeffrey Cole |
| YAHOO! INC., ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

On November 29, 2018, the Clerk of this Court entered judgment in favor of Defendant Yahoo! Inc. and against Plaintiff Rachel Johnson in the above-captioned matter. (Dkt. 348.) By this filing, Defendant Yahoo! Inc. certifies that this Court's judgment in this matter against Plaintiff Rachel Johnson has been fully satisfied.

Dated: April 2, 2019                    **YAHOO! INC.**

By:  */s/ Christopher Chorba*
       Christopher Chorba

Robert A. Chapman (ARDC #6191210)
David A. Wheeler (ARDC #6270817)
Chapman Spingola LLP
190 South LaSalle Street, Suite 3850
Chicago, IL  60603
Tel: 312.630.9202
Fax: 312.630.9233
RChapman@chapmanspingola.com
DWheeler@chapmanspingola.com

Scott A. Edelman (Appearing *Pro Hac Vice*)
Christopher Chorba (Appearing *Pro Hac Vice*)
Timothy W. Loose (Appearing *Pro Hac Vice*)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel: 213.229.7000
Fax: 213.229.7520
SEdelman@gibsondunn.com
CChorba@gibsondunn.com
TLoose@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I, Christopher Chorba, an attorney hereby certify that on April 2, 2019, I caused the foregoing Satisfaction of Judgment to be filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christopher Chorba*
Christopher Chorba
